**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Geraldine Mundy and Ann B. Peele, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> United States/United States Postal ) <br> Service; Pacific and Southern ) <br> Company, Inc. (As Owner of ) <br> WLTX); and Anne Clarkson, ) <br> ) <br> Defendants. ) <br> _____) | C/A No. 3:13-1969-MBS <br><br><br> **ORDER OF DISMISSAL** |

This action was commenced on July 17, 2013. Plaintiffs Geraldine Mundy and Ann B. Peele (collectively "Plaintiffs") filed this action against the United States and the United States Postal Service ("USPS") (collectively the "Federal Defendants"), alleging various claims pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1364(b) and §§ 2671-2680; and the Privacy Act of 1974 (the "Privacy Act"), 5 U.S.C. § 552(a). ECF No. 1. In addition, Plaintiffs allege state law claims against Pacific and Southern Company ("WLTX") and Anne Clarkson ("Clarkson") (collectively the "Broadcast Defendants"). *Id.* On July 13, 2015, Plaintiffs filed a motion dismiss the FTCA cause of action. ECF No. 59. The Court granted this motion to dismiss on July 21, 2015. ECF No. 621. On September 15, 2015, Plaintiffs filed a motion to dismiss the Privacy Act cause of action. ECF No. 69. The courted granted this second motion to dismiss on the same day. ECF No. 70. No federal causes of action remain in this case.

Pursuant to 28 U.S.C. § 1367(b), this Court has declined to exercise supplemental jurisdiction over the remaining state law claims. It is hereby ORDERED, ADJUDGED AND

1

DECREED that the above-entitled and numbered action, is DISMISSED WITHOUT PREJUDICE. Plaintiffs are free to refile this case in state court as the period of limitations is tolled for 30 days after a claim is dismissed, unless state law provides otherwise. 28 U.S.C. § 1367(d).

**IT IS SO ORDERED.**

                                            s/ Margaret B. Seymour
                                            Margaret B. Seymour
                                            Senior United States District Judge

September 21, 2015
Columbia, South Carolina